UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
WESTCON GROUP, INC.,

                          Plaintiff,

v.                                                    **ORDER**

CCC Technologies, Inc., et al.,                  19-cv-02303 (PMH)

                        Defendants.
----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      This matter has been reassigned to me. Due to a further conference scheduled before Magistrate Judge Smith and to allow the parties to continue engaging in discovery, the case management conference previously scheduled for June 16, 2020 is hereby cancelled.

**SO ORDERED:**

Dated: New York, New York
        June 1, 2020

                                              _____
                                              Philip M. Halpern
                                              United States District Judge