UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

Westcon Group, Inc.,

                          Plaintiff,                    **ORDER**

     -against-                            19 Civ. 2303 (PMH)(AEK)

CCC Technologies, Inc., et al.,

                        Defendants.
---------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The minute entry for the conference held in this case on January 4, 2021, states that

> [t]he parties have until February 12, 2021 to complete the continued deposition of James Poull.  The parties shall notify the court by email of the deposition date and time once it has been scheduled.  The parties also have until February 12, 2021, to file a joint letter, updating the Court on the status of discovery.  If the parties have been unable to complete the deposition by that date, then they must include in their joint letter a request for an extension of time, along with the date [o]n which they plan to conduct the deposition.  If the parties complete the deposition before February 12, they should not wait until February 12 to provide the joint status update.

Docket Sheet, Minute Entry for 01/04/2021.  To date, the Court has received no communications from the parties regarding either the date and time of James Poull's deposition or the status of discovery.  Accordingly, the parties must notify the Court of the status of these matters in a joint letter to be filed by no later than **Monday, February 22, 2021**.

Dated:  February 18, 2021
         White Plains, New York

                                                    **SO ORDERED.**

                                               ANDREW E. KRAUSE
                                             United States Magistrate Judge