UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

Westcon Group, Inc.,

                                Plaintiff,                      **ORDER**

        -against-                                    19 Civ. 2303 (PMH)(AEK)

CCC Technologies, Inc., et al.,

                                Defendants.
---------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The Court is in receipt of a letter from Defendants' counsel providing an update on the status of discovery.  ECF No. 63.  Defendants' counsel states that he has not had any communication with Plaintiff's counsel since the January 4, 2021 status conference.  Defendants assert that Plaintiff has "waived its right to conduct the limited remaining discovery permitted by the Court" at the January 4 conference, and urge the Court to "consider entering an Order dismissing this case in its entirety for want of prosecution."  Defendants have also filed a notice of bankruptcy case filing as to Defendant James Poull.  ECF No. 64.

      Plaintiff is hereby ordered to file, by no later than **Monday, March 1, 2021**, a response to Defendants' letter regarding the status of discovery.  If Plaintiff does not file a response by March 1, 2021, discovery will be deemed complete.  Even if Plaintiff does file a response, the Court may still determine that Plaintiff has waived its right to conduct the limited remaining discovery that was authorized at the January 4 conference.

      Plaintiff's response should also address the impact of the bankruptcy case filing on this

action. Defendants must file a letter by no later than Wednesday, March 3, 2021, addressing the discovery issue (if necessary) and the impact of the bankruptcy case filing.

Dated: February 24, 2021
White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge