UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WESTCON GROUP, INC.,

                        Plaintiff,

v.                                          **ORDER**

CCC TECHNOLOGIES, INC., et al.,          19-CV-02303 (PMH)

                      Defendants.
------------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      The Court has been advised that discovery in this matter is now closed. Accordingly, a case management conference has been scheduled for April 15, 2021 at 9:30 a.m., to be held by telephone. At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code 3456831.

      At least one week prior to the conference (i.e., April 8, 2021), the parties shall file a joint letter concerning the status of Defendant James A. Poull's pending bankruptcy proceeding, the parties' positions on the impact of the bankruptcy proceeding on this case, and whether any party intends to move for summary judgment herein. The parties are referred to my Individual Practices (revised as of February 9, 2021), in particular concerning applicable deadlines following the close of discovery, and the Court's requirements for motions for summary judgment and trial.

SO-ORDERED:

Dated: White Plains, New York
       March 8, 2021

                                                  _____
                                                  Philip M. Halpern
                                                  United States District Judge