IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | |
|---|---|
| WESTCON GROUP, INC. NKA WESTCON-COMSTOR AMERICAS, A DIVISION OF SYNNEX CORPORATION, | ) ) ) ) |
| Plaintiff, | ) Case No. 7:19-cv-02303-PMH-AEK ) |
| vs. | ) **PLAINTIFF'S MOTION FOR** ) **SUMMARY JUDGMENT** |
| CCC TECHNOLOGIES, INC., VENUS E. RODRIGUEZ, JUAN R. RODRIGUEZ, JAMES POULL, AND GERI POULL, | ) ) ) ) |
| Defendants. | ) ) |

COMES NOW, Plaintiff WESTCON GROUP, INC. NKA WESTCON-COMSTOR AMERICAS, A DIVISION OF SYNNEX CORPORATION, through its undersigned counsel, who move for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

In its Complaint, Plaintiff alleges causes of action for breach of contract and conversion against Defendants. For the reasons set forth in detail in the attached Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment, Plaintiff is entitled to summary judgment as a matter of law on all claims asserted by Plaintiff in this litigation in their entirety.

WHEREFORE, Plaintiff reques[ts... that this Court enter] Judgment, and award Plaintiff $1,092,[...attorneys'] fees, prejudgment interest, punitive da[mages...and such] other and further relief as this Court de[ems just and proper].

> Motion denied without prejudice for failure to comply with the Court's Individual Practices. Motions may not be filed without the Court's leave, which is to be obtained through the filing of a pre-motion letter. The parties were directed to exchange Rule 4(E) summary judgment materials pursuant to the schedule set by the Court at the 4/15/2021 conference prior to the filing of a pre-motion letter. Pre-motion letter(s) together with the single Rule 56.1 Statement which includes the opposing party's responses thereto remain due 6/3/2021.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         May 10, 2021

<u>s/ Howard E. Sutter III, Esq.</u>
Howard E. Sutter III, Esq.
**Sutter Law Firm, LLC**
200 East Main Street
Easley, South Carolina 29640
(864) 855-3114  Office
(864) 855-3446  Fax
HSutter@SutterLawSC.com

**Date:** <u>May 6, 2021</u>            **ATTORNEYS FOR PLAINTIFF**
*Pro hac vice*