UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
WESTCON GROUP, INC. NKA, WESTCON-
COMSTOR AMERICAS, A DIVISION OF
SYNNES CORPORATION,

                         Plaintiff,

v.

CCC TECHNOLOGIES, INC., et al.,

                         Defendants.
---------------------------------------------------------X

**ORDER**

No. 19-CV-02303 (PMH)

PHILIP M. HALPERN, United States District Judge:

On September 12, 2022, the Court directed, *inter alia*, as follows:

> On or before February 20, 2023, the parties shall submit to the Court in accordance with the Court's Individual Practices Rule 6(D) the affidavits constituting the direct testimony of each trial witness, as well as the other materials contemplated by the rule. Plaintiff's witness affidavits shall be sworn to by persons with personal knowledge, setting forth through admissible evidence, the precise amount of damages to which Plaintiff asserts it is entitled, and the evidence shall include, *inter alia*, copies of all invoices, statements of account, and proof of any payment made, including those purportedly made by third parties. The remaining Defendant, CCC, shall likewise submit affidavits by persons with personal knowledge of the issue of damages, together with documents in admissible form.

(Doc. 92 at 12). The parties were notified that the case must be trial ready for March 20, 2023 for a trial to determine the amount of damages due Plaintiff. (*Id*. at 11-12). On February 16, 2023, the Court denied Plaintiff's motion for reconsideration and specifically stated that "[a]ll deadlines set forth in the [September 12, 2022 Order] remain in place." (Doc. 96).

The parties have not submitted any of the required pretrial submissions to date.

Accordingly, the Court *sua sponte* extends the time to file the submissions described in the Court's September 12, 2022 Order (Doc. 92 at 12) to **March 1, 2023**. No further extensions of this

deadline will be granted. Continued failure to comply with the Court's orders may result in dismissal of this action.

Dated: White Plains, New York
       February 22, 2023

SO ORDERED:

_____

Philip M. Halpern
United States District Judge