IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | |
|---|---|
| WESTCON GROUP, INC. NKA WESTCON-COMSTOR AMERICAS, A DIVISION OF SYNNEX CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CCC TECHNOLOGIES, INC., VENUS E. RODRIGUEZ, JUAN R. RODRIGUEZ, JAMES POULL, AND GERI POULL,<br><br>Defendants. | Case No. 7:19-cv-02303-PMH-AEK<br><br>**JUDGMENT** |

On February 7, 2023, Defendant CCC TECNOLOGIES, INC. ("*Defendant*") tendered to to Plaintiff WESTCON GROUP, INC. NKA WESTCON-COMSTOR AMERICAS, A DIVISION OF SYNNEX CORPORATION ("*Plaintiff*") an Offer of Judgment pursuant to Fed. R. Civ. P. 68, which was accepted by Plaintiff on February 21, 2021. Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1. Judgment is hereby entered in favor of Plaintiff and against Defendant CCC Technologies, Inc. in the amount of $1,609,400.45, plus attorneys' fees incurred prior to February 7, 2023 in the amount of $12,981.00, for a total judgment of $1,622,381.45.

2. This Judgment is being entered solely as to Defendant CCC Technologies, Inc. and not against the other Defendants in this action.

Dated: March 6, 2023

_____
Honorable Philip M. Halpern
UNITED STATES DISTRICT JUDGE